UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-288 (JRT/JFD)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>(2) DONALD RAY TATE,<br><br>  Defendant. | **INFORMATION**<br><br>18 U.S.C. § 924(c)<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(C)<br>21 U.S.C. § 846 |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Conspiracy to Distribute Methamphetamine)

Beginning on or about June 1, 2024, and continuing through on or about July 31, 2024, in the State and District of Minnesota and elsewhere, the defendant,

**DONALD RAY TATE,**

did knowingly and intentionally conspire with others known and unknown to the grand jury to distribute methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

Quantities of Controlled Substances Involved in the Conspiracy

With respect to defendant **DONALD RAY TATE**, his conduct, which included the reasonably foreseeable conduct of other members of the conspiracy, involved a mixture or substance containing a detectable amount of

SCANNED
AUG 1 4 2025
U.S. DISTRICT COURT MPLS

methamphetamine, a controlled substance; in violation of Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 2
(Possession of a Firearm in Furtherance of a Drug Trafficking Offense)

On or about June 3, 2024, in the State and District of Minnesota, the defendant,

**DONALD RAY TATE,**

did knowingly possess a firearm, that is, a Glock model 19 9mm pistol bearing serial number AFYC642, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to distribute methamphetamine, as set forth in Count 1 of this Information; all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATIONS

Count 1 of this Information is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853(a)(1) and (2), Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

If convicted of Count 1 of the Information, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or

intended to be used, in any manner or part, to commit, or to facilitate the commission of that offense.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

As a result of the offenses alleged in Count Two of this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms, ammunition, and accessories involved in, or used in the commission of Count Two. This property includes but is not limited to a Glock Model 19 9mm pistol bearing serial number AFYC642, together with ammunition seized therewith.

Dated:
8/13/25

FOR: _____
ACTING UNITED STATES ATTORNEY

3